UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATTI LEMMON,

        Plaintiff,

-v-

RICHARD AYRES, et al.,

        Defendants.

Case No. 3:09-CV-361

Judge Thomas M. Rose

**ENTRY AND ORDER GRANTING THE PARTIES UNTIL NOT LATER THAN JUNE 24, 2013 TO SUPPLEMENT THEIR LAY WITNESS LISTS AND UNTIL NOT LATER THAN JULY 26, 2010 TO CONDUCT ANY ADDITIONAL DISCOVERY REGARDING ANY ADDED WITNESSES**

This Court originally granted summary judgment in this matter to the Defendants. (Doc. #32.) The Sixth Circuit reversed this grant of summary judgment on appeal and remanded the matter for further proceedings. The Court then set a Final Pretrial Conference for August 28, 2013, and a trial to begin on September 23, 2013. One of the attorneys representing the Defendants then withdrew. (Doc. #40.)

Now before the Court is a Motion for Leave To Supplement the Lay Witness listed filed by the Defendants. (Doc. #41.) This Motion has not yet been fully briefed. However, in the interest of maintaining the previously-set trial date, both the Plaintiff and the Defendants will be given until not later than June 24, 2013 to supplement their lay witness lists. Further, any discovery regarding any added witnesses must be completed not later than July 26, 2013.

**DONE** and **ORDERED** in Dayton, Ohio this 17th Day of June, 2013.

            s/Thomas M. Rose

            _____
            THOMAS M. ROSE, JUDGE
            UNITED STATES DISTRICT

Copies furnished to:

Counsel of Record